UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Tina Violet Sengooba, | Civ. No. 25-4304 (PAM/SGE) |
| Petitioner, | |
| v. | **ORDER** |
| Peter B. Berg, Kristi Noem, Pamela Bondi, Matthew Akerson, and Todd Lyons, | |
| Respondents. | |

This matter is before the Court on Petitioner Tina Violet Sengooba's Motion to Dismiss. (Docket No. 10.) Petitioner moves to dismiss this action under Fed. R. Civ. P. 41(a)(1)(A) because she has been deported, rendering moot her Petition and Motion for Temporary Restraining Order and Preliminary Injunction.

Accordingly, **IT IS HEREBY ORDERED that** Petitioner Tina Violet Sengooba's Motion to Dismiss (Docket No. 10) is **GRANTED** and her Motion for Temporary Restraining Order and Preliminary Injunction (Docket No. 6) is found as **MOOT**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: November 18, 2025

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge