# UNITED STATES DISTRICT COURT
### District of Minnesota

Tina Violet Sengooba

**JUDGMENT IN A CIVIL CASE**

Petitioner,

v.

Case Number: 25-cv-04304-PAM-SGE

Peter B Berg, Kristi Noem, Pamela Bondi, Matthew Akerson, Todd Lyons

Respondents.

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Petitioner Tina Violet Sengooba's Motion to Dismiss (Docket No. 10) is **GRANTED** and her Motion for Temporary Restraining Order and Preliminary Injunction (Docket No. 6) is found as **MOOT**.

Date: 11/19/2025

KATE M. FOGARTY, CLERK